**EARLY v. COUNTY OF DURHAM DEP'T OF SOC. SERVS.**

[361 N.C. 113 (2006)]

MARSHA A. EARLY, Petitioner v. COUNTY OF DURHAM DEPARTMENT OF SOCIAL SERVICES, Respondent

No. 524PA05

(Filed 15 December 2006)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 172 N.C. App. 344, 616 S.E.2d 553 (2005), affirming an order entered 11 July 2003 by Judge Evelyn Werth Hill in Superior Court, Wake County. Heard in the Supreme Court 20 November 2006.

*Patrice Walker for petitioner-appellee.*

*S.C. Kitchen, County Attorney, by Lowell L. Siler, Deputy County Attorney, for respondent-appellant.*

*James B. Blackburn, III, General Counsel, for North Carolina Association of County Commissioners, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.